No. 11-5072. **Anthony Norris Smith, Petitioner v. United States.**

565 U.S. 888, 132 S. Ct. 265, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5247.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 632 F.3d 1043.

No. 11-5074. **Gordon Kirk Kemppainen, Petitioner v. Texas.**

565 U.S. 888, 132 S. Ct. 265, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5255, ▮

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 11-5075. **Ernest Lee Vaden, Petitioner v. Mike McDonald, Warden, et al.**

565 U.S. 888, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5534.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 425 Fed. Appx. 662.

No. 11-5076. **Kevin McBurney, Petitioner v. Disciplinary Board of the Rhode Island Supreme Court.**

565 U.S. 888, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5253.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Rhode Island denied.

Same case below, 13 A.3d 654.

No. 11-5077. **Michael S. O'Grady, Petitioner v. Court of Appeals of Wisconsin, District III.**

565 U.S. 888, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5658.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

No. 11-5079. **Carlos McGrew, Petitioner v. Carol Gilcrease, et al.**

565 U.S. 888, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5354, ▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-5080. **Sean Thomas Paschall, Petitioner v. Virginia.**

565 U.S. 888, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5403.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 11-5082. **Derek N. Jarvis, Petitioner v. Grady Management, Inc., et al.**

565 U.S. 889, 132 S. Ct. 266, 181 L. Ed. 2d 156, 2011 U.S. LEXIS 5260, ▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 426 Fed. Appx. 183.